IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREA DAVIS as the<br>Personal Representative of the Estate of<br>Raymond Bender<br><br>     Plaintiff,<br>vs.<br><br>GRANT PARK NURSING HOME LP, et al.<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:08 CV 01764 &<br>)  Civil Action No. 1:09 CV 2188:<br>)  Judge Paul L. Friedman &<br>)  Magistrate Judge John M. Facciola<br>)<br>)<br>) |

## DISMISSAL WITH PREJUDICE

MR. CLERK:

Please dismiss these cases with prejudice against Defendants Shoreline Healthcare Management, LLC, Coastal Administrative Services, LLC, Centennial Health Care Properties, LLC, Centennial Service Corporation - Grant Park, Grant Park Nursing Home, LP and DC Medical Investors, LP.

Respectfully submitted,

_/s/ Deborah Besche by wcm_
Deborah K. Besche, Esquire (397396)
Goldberg, Besche & Banks, P.C.
1829 Reisterstown Road, Suite 120
Baltimore, MD 21208
(443) 940-1341
Counsel for Defendants
Grant Park Nursing Home, LP and
DC Medical Investors, LP

_/s/ W. Charles Meltmar_
W. Charles Meltmar, Esq. (438870)
The Cochran Firm
1110 New York Avenue, NW
Suite 340 West Tower
Washington, DC 20005
(202) 682-5800
Counsel for Plaintiff

*[signature: Deborah Moskowitz]*
_____
Deborah L. Moskowitz, Esq.
Charles G. Eichhorn, Jr., Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
255 South Orange Avenue, Suite 900
Orlando, FL 32801
Counsel for Defendants
Shoreline Healthcare Management, LLC,
Coastal Administrative Services, LLC,
Centennial Health Care Properties, LLC and
Centennial Service Corporation - Grant Park

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via ECF this 11 day of February 2011 to:

Deborah K. Besche, Esquire
Goldberg, Besche & Banks, P.C.
1829 Reisterstown Road, Suite 120
Baltimore, MD 21208
(443) 940-1341
Counsel for Defendants
Grant Park Nursing Home, LP and
DC Medical Investors, LP

Deborah L. Moskowitz, Esq.
Charles G. Eichhorn, Jr., Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
255 South Orange Avenue, Suite 900
Orlando, FL 32801
Counsel for Defendants
Coastal Administrative Services, LLC
Centennial Health Care Properties, LLC
Centennial Service Corporation - Grant Park
Shoreline Healthcare Management, LLC

*[signature]*
_____
W. Charles Meltmar, Esquire